# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DENISE ALLEN,<br>      Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of<br>Social Security,<br>      Defendant. | Case No. 3:17-cv-00052<br><br>Judge Thomas M. Rose |

## ORDER GRANTING JOINT MOTION TO REMAND TO COMMISSIONER
## (DOC. 11)

This case is before the Court on the parties' Joint Stipulation and Motion to Remand to the Commissioner (Doc. 11). Due notice having been given, and the Court being fully advised, it is hereby ordered that:

This case shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), for further development of the record. On remand, the Administrative Law Judge will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record and issue a new decision. As part of said proceedings, the Administrative Law Judge will reweigh the medical opinions and account for all of Plaintiff's limitations in the RFC finding.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, August 22, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE